ALICE A. OTTAWAY, Appellant, v. ROCHESTER GAS AND ELECTRIC CORPORATION, Respondent, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARJORIE ELTER, Respondent, v. COLUMBIA INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of HERBERT F. J. NORTON, as One of the Executors of the Estate of NATHANIEL W. NORTON, Deceased.— Decree affirmed, with costs to respondent, payable out of the estate. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GEORGIA ANNA BURRILL, Appellant, v. TOWN OF RUSSIA and Others, Respondents.— Judgments affirmed, with one bill of costs in favor of the respondents jointly. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY E. BURRILL, Appellant, v. TOWN OF RUSSIA and Others, Respondents.— Judgments affirmed, with one bill of costs in favor of the respondents jointly. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of CLARA SAMUELS and Others for a Writ of Certiorari Directed to CHARLES C. WILSON, Director of Assessments; FRED V. ANDERSON and Others, as Members of the Board of Review and Correction, and JOSEPH MIDGLEY, as City Clerk, All Officers of the City of Jamestown, N. Y. — Judgment affirmed, with costs and disbursements to respondents against the city of Jamestown. (Tax Law, § 294.) All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GIDEON GRANGER and JOHN ALBERT GRANGER, Appellants, v. THE CITY OF CANANDAIGUA, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CLAUDE H. DUNK, as Trustee in Bankruptcy of the Estate of JOSEPHINE L. ALVORD, Bankrupt, Appellant, Respondent, v. JOHN W. GATES, Appellant, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FREDONIA SEED COMPANY, INC., Respondent, v. ELMER S. CARD, Trading under the Name and Style of CARD SEED COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of CURTIS N. ANDREWS, as Executor, etc., of WILLIAM D. ANDREWS, Deceased, etc., to Fix the Compensation of LEWIS HOWLETT, for Legal Services Rendered as Attorney for Said Executor.— Decree modified by reducing the allowance to $15,000 and interest and by reducing the allowance of costs to $500, and as so modified the decree is affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.